

FILED
CLERK, U.S. DISTRICT COURT

August 2, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MARTINEZ and MALCOLM NEAL, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SNAPCHAT, INC.,<br><br>　　　　　Defendant. | Case No. 2:16-cv-05182-SVW-FFM<br><br>**ORDER VACATING DEADLINE TO FILE MOTION FOR CERTIFICATION UNDER CIVIL LOCAL RULE 23-3**<br><br>Complaint Removed: July 14, 2016<br><br>Hon. Stephen V. Wilson, presiding |

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline under Local Rule 23-3 for Plaintiffs to file a motion for class certification in this action is VACATED.

**IT IS SO ORDERED.**

Dated: __August 2, 2016__          _____
                                   Honorable Stephen V. Wilson
                                   United States District Court Judge