**AHDOOT & WOLFSON, PC**
Tina Wolfson
twolfson@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Attorneys for Plaintiffs*
*(additional counsel on signature page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MARTINEZ and MALCOLM NEAL, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SNAPCHAT, INC., <br><br> Defendant. | Case No. 2:16−cv−05182−SVW−FFM <br><br> **NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** <br><br> Date: September 19, 2016 <br> Time: 1:30 PM <br> Place: Courtroom 6, 2nd Floor <br> Judge: Hon. Stephen V. Wilson |

PLEASE TAKE NOTICE that Plaintiffs Jose Luis Martinez and Malcolm Neal ("Plaintiffs") do not oppose Defendant Snapchat, Inc.'s Motion to Compel Arbitration of their individual claims. Plaintiffs intend to pursue their claims in arbitration.

Dated: August 29, 2016

**AHDOOT & WOLFSON, PC**

<u>*/s/ Tina Wolfson*</u>
Tina Wolfson
twolfson@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 West Wacker Drive, Suite 500
Chicago, Illinois 60606
Telephone: (312) 750-1265

Ryan F. Stephan
rstephan@stephanzouras.com
Jorge Gamboa
jgamboa@stephanzouras.com
**STEPHAN ZOURAS, LLP**
205 North Michigan Avenue
Suite 2560
Chicago, Illinois 60601
Telephone: (312) 233-1550

*Attorneys for Plaintiffs and the Putative Class*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

|   |   |
|---|---|
| 1 |  |
| 2 | **CERTIFICATE OF SERVICE** |

    I hereby certify that on August 29, 2016, I caused to be filed the foregoing NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

    Executed on August 29, 2015, at Los Angeles, California.

/s/ Tina Wolfson
Tina Wolfson

CERTIFICATE OF SERVICE