**AHDOOT & WOLFSON, PC**
Tina Wolfson
twolfson@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Attorneys for Plaintiffs*
*(additional counsel on signature page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MARTINEZ and MALCOLM NEAL, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SNAPCHAT, INC., <br><br> Defendant. | Case No. 2:16-cv-05182-SVW-FFM <br><br> **NOTICE OF VOUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiffs Jose Luis Martinez and Malcolm Neal ("Plaintiffs") hereby voluntarily dismiss without prejudice this action against the above-captioned Defendant. No responsive pleading has been filed in this action. Plaintiffs give this notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

As stated in Plaintiffs' Notice of Non-Opposition to Defendant's Motion to Compel Arbitration (Dkt. No. 28), Plaintiffs intend to pursue their claims in arbitration.

Dated: August 30, 2016             **AHDOOT & WOLFSON, PC**

            */s/ Tina Wolfson*
            Tina Wolfson
            twolfson@ahdootwolfson.com
            1016 Palm Avenue
            West Hollywood, California 90069
            Telephone: (310) 474-9111
            Facsimile: (310) 474-8585

            Katrina Carroll
            kcarroll@litedepalma.com
            Kyle A. Shamberg
            kshamberg@litedepalma.com
            **LITE DEPALMA GREENBERG, LLC**
            211 West Wacker Drive, Suite 500
            Chicago, Illinois 60606
            Telephone: (312) 750-1265

            Ryan F. Stephan
            rstephan@stephanzouras.com
            Jorge Gamboa
            jgamboa@stephanzouras.com
            **STEPHAN ZOURAS, LLP**
            205 North Michigan Avenue
            Suite 2560
            Chicago, Illinois 60601
            Telephone: (312) 233-1550

            *Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2016, I caused to be filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Executed on August 30, 2015, at Los Angeles, California.

_____
Tina Wolfson

CERTIFICATE OF SERVICE